UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| | : | JUDGMENT OF FORFEITURE |
| -v.- | | |
| $150,000.25 IN UNITED STATES CURRENCY SEIZED BY THE GOVERNMENT ON OR ABOUT SEPTEMBER 14, 2023; | : | 25 Civ. 5296 (ER) |
| | : | |
| and | : | |
| | : | |
| $373,928.00 IN UNITED STATES CURRENCY SEIZED BY THE GOVERNMENT ON OR ABOUT SEPTEMBER 14, 2023; | : | |
| | : | |
| Defendants-*in-rem*. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about June 25, 2025, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A);

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 12, 2025, through August 10, 2025, and proof of such publication was filed with the Clerk of this Court on September 29, 2025 (D.E. 4);

2

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about June 27, 2025, the Government sent direct notice of the Verified Complaint was sent by electronic mail to the following:

> Samuel Mitchell, Esq.
> Mitchell and Mitchell, LLC
> 1150 Hungryneck Blvd., Suite C-170
> Mount Pleasant, SC 29464

(the "Noticed Party");

WHEREAS, on or about August 1, 2025, the Government sent direct notice of the Verified Complaint was sent by Certified Mail to the following:

> Diego F. Reyes-Soto
> [redacted]
> Linden, NJ [redacted]

(together with the Noticed Party, the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: New York, New York
       September 30, 2025

SO ORDERED:

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE